# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CRIMINAL ACTION NO. 5:21-CR-1-TBR-1

UNITED STATES OF AMERICA                                    PLAINTIFF

V

DANIEL L. ALLEN                                             DEFENDANT

## O R D E R

**IT IS ORDERED.**

The Defendant Daniel Allen, was ordered by the Court to complete a six (6) month residential program and the three (3) months of aftercare program at Lifeline Ministries on January 6, 2022.

The United States Probation Office contacted the Court on February 25, 2022, stating that Mr. Allen is in violation of the rules of Lifeline Ministries and shall be terminated today.

**The US Marshal is ordered to transport Mr. Allen from Lifeline Ministries to the McCracken County Jail FORTHWITH.    The Defendant shall remain incarcerated until his sentencing hearing on April 12, 2022**.

cc:   Counsel
      AUSA
      US Marshal
      US Probation-Stacey Martin

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

February 25, 2022