UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
KENTUCKY PADUCAH DIVISION

**UNITED STATES OF AMERICA**                                                              PLAINTIFF

v.                                                                              CRIMINAL NO. 5:21-CR-1-TBR-1

**DANIEL L. ALLEN**                                                                           DEFENDANT

## REVISED SENTENCING MEMORANDUM

The Defendant, by Counsel, files its memorandum in support of sentencing in this action currently scheduled for April 12, 2022. Defense Counsel does not plan to call any witnesses at the hearing.

The Defendant agrees with the offense conduct, as laid out in the U.S. Probation Officer's final Presentence Investigation Report (PSR).

## GUIDELINES CALCULATION

The minimum term of imprisonment under the guidelines is 12 months. This term of imprisonment may be satisfied by a sentence of imprisonment that includes supervised release with a condition that substitutes community confinement or home detention, providing that at least one-half of the minimum term is satisfied by imprisonment. USSG 5C.1 (d). Counsel moves the Court to sentence the Defendant to the negotiated minimum term of the lowest end of the guideline range and require him to serve half of that term incarcerated and the remainder through home detention, with credit for time served. Counsel calculated approximately 139 days incarcerated for this offense, not including the Defendant's time spent in residential treatment. If released on home

detention Defendant would undergo an intensive residential treatment program.

## RESTITUTION

Counsel agrees with the United States that the restitution can be agreed upon before sentencing.

## CONCLUSION

Wherefore, Counsel respectively moves the Court to set a sentence at the lowest end of the guideline range.

Respectfully submitted,

/s/ Emily Ward Roark
Emily Ward Roark
Bryant Law Center, PSC
601 Washington Street

Paducah, KY 42003
(270) 442-1422
emily@bryant.law
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: **Raymond Magee, Esq.**

/s/ Emily Ward Roark
Emily Ward Roark
Attorney for the Defendant